```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| NANCY E. LEROUX, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV247 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY | ) | ORDER |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion for extension of time, filing 11, is granted and the deadlines are extended as follows.

1. Defendant's responsive brief shall be filed by October 6, 2006.

2. Plaintiff may file a reply brief by October 20, 2006.

3. This case shall be ripe for decision on October 20, 2006.

DATED this 7th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge