## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NANCY E. LEROUX, | ) | 8:06CV247 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date, judgment is entered for Plaintiff and against Defendant, providing that Plaintiff is awarded attorney fees in the amount of $3,591.07 and reimbursement of the filing fee in the amount of $250.00.

DATED:  March 16, 2007.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge